UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

KERRYJOE N. CLARKE,

     Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., L.P.A.,
AND LVNV FUNDING, LLC,

     Defendants.

_____/

## <u>COMPLAINT</u>
## <u>JURY DEMAND</u>

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## <u>JURISDICTION AND VENUE</u>

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant, WELTMAN, WEINBERG & REIS CO., L.P.A., placed telephone calls and sent letters into this District on behalf of Defendant, LVNV FUNDING, LLC.

## **PARTIES**

3.      Plaintiff, KERRYJOE N. CLARKE, is a natural person and citizen of the State of Florida who resides in Broward County, Florida.

4.      Defendant, WELTMAN, WEINBERG & REIS CO., L.P.A., ("WELTMAN"), is a legal professional association and citizen of the State of Ohio with its principal place of business at Suite 200, 323 W. Lakeside Avenue, Cleveland, Ohio, 44113.

5.      Defendant, LVNV FUNDING, LLC, ("LVNV") is a limited liability company and citizen of the State of Nevada with its principal place of business at Suite 2, 625 Pilot Road, Las Vegas, Nevada 89119.

## **FACTUAL ALLEGATIONS**

6.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions engaged in for personal, family or household purposes.

7.      Plaintiff defaulted on the alleged debt some time ago.

8.      After the alleged debt went into default, the original creditor sold the alleged debt.

9.      Defendant, LVNV, purchased the alleged debt from the original creditor or a subsequent holder.

10.    Defendant, LVNV, assigned the debt for collection to other debt collectors including but not limited to, Defendant, WELTMAN, who in turn sought to collect the alleged debt from Plaintiff.

11.    Defendant, LVNV, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

12.    Defendant, WELTMAN, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

13.    Defendant, WELTMAN, regularly collects or attempts to collect debts for other parties.

14.    Defendant, WELTMAN, is a "debt collector" as defined in the FDCPA.

15.    Defendant, LVNV, is a "debt collector" as defined in the FDCPA.

16.    At all times material to the allegations of this complaint, Defendant, LVNV, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

17.    At all times material to the allegations of this complaint, Defendant, WELTMAN, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

18.     Defendant, LVNV, authorized other debt collectors including but not limited to Defendant, WELTMAN, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

19.     Other debt collectors including but not limited to Defendant, WELTMAN, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of LVNV.

20.     Defendant, LVNV, conveyed information to Plaintiff regarding the alleged debt through Defendant, WELTMAN'S telephone calls to Plaintiff.

21.     By virtue of its status as a debt collector, LVNV, is vicariously liable to Plaintiff for WELTMAN'S violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

22.     Defendant, WELTMAN, left the following messages on Plaintiff's voice mail on her cellular telephone service on or about the dates stated:

February 26, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time. Again, the number is 1-800-286-9403. Thank you.

February 27, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time. Again, the number is 1-800-286-9403. Thank you.

February 28, 2009 – Pre-Recorded Message

8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern
Standard Time. Again, the number is 1-800-286-9403. Thank you.

<u>March 2, 2009 at 10:19 AM – Pre-Recorded Message</u>
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern
Standard Time. Again, the number is 1-800-286-9403. Thank you.

<u>March 2, 2009 at 3:18 PM</u>
Hi. This message is for Kerry Clarke. This is Ms. Reed calling from
Weltman, Weinberg & Reis. If you could return my call at 800-286-9403
extension 5899. Again, my number is 800-286-9403 extension 5899. Thank
you.

<u>March 4, 2009 – Pre-Recorded Message</u>
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern
Standard Time. Again, the number is 1-800-286-9403. Thank you.

<u>March 7, 2009 – Pre-Recorded Message</u>
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern
Standard Time. Again, the number is 1-800-286-9403. Thank you.

<u>March 9, 2009 – Pre-Recorded Message</u>
Thursday 8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12
Noon Eastern Standard Time. Again, the number is 1-800-286-9403. Thank
you.

<u>March 12, 2009 – Pre-Recorded Message</u>
Thursday 8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12
Noon Eastern Standard Time. Again, the number is 1-800-286-9403. Thank
you.

<u>March 13, 2009 – Pre-Recorded Message</u>
Thursday 8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12
Noon Eastern Standard Time. Again, the number is 1-800-286-9403. Thank
you.

<u>March 14, 2009</u>
This message is for Kerry Clarke.  Please return our call to Jocelyn at
Weltman Weinberg and Reis.  My telephone number is 1-800-286-9403.

My direct extension is 5713.  Please return this call today, again that number is 800-286-9403.  Thank you.

March 21, 2009
Hi this message is for Kerry Clarke.  This is Ms. Reid calling from Weltman, Weinberg & Reis.  If you could, return my call today at 800-286-9403 extension 5899.  Again, my number is 800-286-9403, extension 5899. Thank you.

March 28, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again, the number is 1-800-286-9403.  Thank you.

March 30, 2009 – Pre-Recorded Message
We are calling from Weltman Weinberg and Reis, with a very important message for Kerry Clarke.  Please have them return our call at 1-800-286-9403.  Our hours of operation are Monday through Thursday 8 AM to 9 PM, Friday 8 AM to 5 PM and Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you for relaying this important message.

March 31, 2009 – Pre-Recorded Message
Thursday 8 AM to 9 PM, Friday 8 AM to 5 PM and Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 2, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 3, 2009 – Pre-Recorded Message
8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 5, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 6, 2009 – Pre-Recorded Message

8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 7, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 9, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 14, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 15, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 16, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 17, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 18, 2009 – Pre-Recorded Message
8 AM to 9 PM, Friday 8 AM to 5 PM or Saturday 8 AM to 12 Noon Eastern Standard Time.  Again the number is 1-800-286-9403.  Thank you.

April 20, 2009 – Pre-Recorded Message
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

April 21, 2009 – Pre-Recorded Message
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

<u>April 22, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

<u>April 23, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

<u>April 24, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

<u>April 27, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403. Thank you.

<u>April 28, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403.  Thank you.

<u>April 29, 2009 – Pre-Recorded Message</u>
Monday through Thursday 8:00 AM to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time.  Again, the number is 1-800-286-9403.  Thank you.

<u>April 30, 2009 – Pre-Recorded Message</u>
69403 Monday through Thursday 8:00 AM to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again, the number is 1-800-286-9403.  Thank you.

<u>May 4, 2009 – Pre-Recorded Message</u>
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time.  Again, the number is 1-800-286-9403.  Thank you.

May 6, 2009 – Pre-Recorded Message
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 PM Eastern Standard Time.  Again, the number is 1-800-286-9403.  Thank you.

May 7, 2009 – Pre-Recorded Message
8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time.  Again, the number is 1-800-286-9403.  Thank you.

May 8, 2009, 10:06 AM – Pre-Recorded Message
9403. Monday through Thursday 8:00 to 9:00 PM, Friday 8:00 AM to 5:00 PM or Saturday 8:00 AM to 12:00 Noon Eastern Standard Time. Again the number is 1-800-286-9403. Thank you.

May 8, 2009, 3:01 PM
This message is Kerry Clarke.  Kerry, this is Dennis calling with Weltman, Weinberg & Reis.  Kerry, it's important that you return my call at 1-800-286-9403.  My Extension is 5865.  Please reference File 7334426 when calling.  Again, this is Dennis calling with Weltman, Weinberg & Reis.

23.     Defendant, WELTMAN, left similar or identical messages for

Plaintiff on other occasions. (Collectively, "the telephone messages").

24.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

25.     Defendant, WELTMAN, failed to inform Plaintiff in the messages

that the communication was from a debt collector and failed to disclose the

purpose of its messages.

9

26.     Defendant, WELTMAN, placed an excessive number of calls to Plaintiff.

27.     Defendant, WELTMAN, knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

28.     WELTMAN, and other debt collectors acting on behalf of Defendant, LVNV, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone without Plaintiff's prior express consent.

29.     Defendant, WELTMAN, willfully or knowingly violated the TCPA.

30.     As assignee of the original creditor, Defendant, LVNV, is liable to Plaintiff for WELTMAN'S, and any of LVNV'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

31.     None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

32.     Plaintiff incorporates Paragraphs 1 through 31.

33.     Defendant, WELTMAN, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See _Foti v. NCO Fin. Sys._, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and _Belin v. Litton Loan Servicing_, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and _Leyse v. Corporate Collection Servs._, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

     a.     Damages;

     b.     Attorney's fees, litigation expenses and costs of suit; and

     c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

34.     Plaintiff incorporates Paragraphs 1 through 31.

35.     Defendant, WELTMAN, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose that it is a debt collector and or the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See _Valencia v The Affiliated Group, Inc._, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); _Wright v. Credit Bureau of Georgia, Inc.,_ 548 F. Supp. 591, 593 (D. Ga. 1982); and _Hosseinzadeh v. M.R.S. Assocs.,_ 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## EXCESSIVE CALLING IN VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

36.    Plaintiff incorporates Paragraphs 1 through 31.

37.    Defendant, WELTMAN, caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

38.    Plaintiff incorporates Paragraphs 1 through 31.

39.     Defendant, WELTMAN, engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

     a.    Damages;

     b.    Attorney's fees, litigation expenses and costs of suit; and

     c.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

40.     Plaintiff incorporates Paragraphs 1 through 31.

41.     By failing to disclose that it is a debt collector, and the purpose of its communication, and by using an automatic telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass Plaintiff, Defendant, WELTMAN, willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit;

      c.    declaring that Defendants' practices violate the FCCPA;

      d.    permanently injoining Defendants from engaging in the complained of practices; and

      e.    Such other or further relief as the Court deems proper.

**COUNT VI**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

42.    Plaintiff incorporates Paragraphs 1 through 31.

43.    Defendant, WELTMAN, and other debt collectors acting on behalf of Defendant, LVNV, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

44.    As assignee of the original creditor, Defendant, LVNV, is liable to Plaintiff for WELTMAN'S, or any of LVNV'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a. Damages;

b. a declaration that Defendants' calls violate the TCPA;

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Plaintiff; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658